## THIRD DEPARTMENT, AUGUST, 1965

### (August 2, 1965)

■ In the Matter of IRVING V. A. HUIE et al., Constituting the Board of Water Supply of the City of New York, Appellants, Relative to Acquiring Title to Real Property in the Counties of Sullivan and Orange for the City of New York. Consolidated Neversink Riparian Sections Nos. 1 and 2, Sullivan County. ABRAHAM FURMAN et al., Respondents. Consolidated Neversink Riparian Sections Nos. 3, 4 and 5, Sullivan and Orange Counties. HARRY I. SPACE et al., Appellants; JOHN HERR et al., Respondents. Consolidated Neversink Riparian Sections Nos. 3, 4 and 5, Sullivan and Orange Counties. JOHN HERR et al., Appellants; HENRY S. TILLSON et al., Respondents.— Per Curiam. These cases involve the authority of Special Term to appoint a new commission or to extend the life of an existing commission, in each case after an initial period in excess of one year and an extension exceeding eight months; this in alleged contravention of, and certainly being inconsistent with the provision that " the supreme court upon application and good reasons shown therefor may extend the time for the taking of testimony or for the preparation and filing of such [Commissioners'] report, or both, beyond one year for a period not exceeding eight months." (Administrative Code of the City of New York, § K51–14.0.) Construing this provision in the original enactment (L. 1905, ch. 724, § 14), Special Term, as long ago as 1911, held appointments after, or extensions beyond one year and eight months unauthorized and we affirmed (*Matter of Board of Water Supply*, 74 Misc. 146, affd. 151 App. Div. 913); and no subsequent statutory amendment or decisional law has weakened that holding. We do not pass on the additional contentions presented. Order, in each case, reversed, on the law, without costs, and motions denied, without costs. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.

### (August 9, 1965)

■ KENNETH L. WILSON, as Chairman of the Ulster County Republican Committee, Respondent, v. JOHN E. EGAN et al., Appellants.— Per Curiam. Order appealed from modified, on the law and the facts, and in the exercise of discretion, so as to provide that defendants be enjoined from use of the name Ulster County Republican Committee on the Judiciary and, upon the consent of the parties given in open court, so as to permit defendants' use of the name Independent Republican Committee for Surrogate of Ulster County, and, as so modified, affirmed, without costs. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.

### (August 27, 1965)

■ In the Matter of ALBANY MEDICAL CENTER HOSPITAL (FRANK MERRILL, JR.), Respondent, v. MARSH W. BRESLIN, as Commissioner of Welfare of Albany County, Appellant.— Motion to dismiss appeal granted, without costs (CPLR 5701, subd. [b], par. 1). We reach no other question. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.